UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 05-51362-659 |
| | ) | |
| HARRY ANDREW CALAHAN | ) | |
| | ) | CHAPTER 13 |
| AMBER DAWN CALAHAN | ) | |
| | ) | |
| DEBTOR(S) | ) | |

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

ART INSTRUCTION SCHOOLS
PO BOX 347                              $            21.18
C/O WALONICK CONSULTING
SAVAGE MN
111184            55378-0347


                                        /s/ John V. LaBarge, Jr.
                                        -----------------------------------
DATE: June 30, 2010                     JOHN V. LABARGE, JR.,
                                        CHAPTER 13 TRUSTEE
                                        P.O. Box 430908
                                        St. Louis, MO 63143
XC -091                                 (314) 781-8100   trust33@ch13stl.com