```
                      UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF MISSOURI
                             EASTERN DIVISION


IN RE:                             )    CASE NO: 05-51362-659
                                   )
HARRY ANDREW CALAHAN               )
                                   )    CHAPTER 13
AMBER DAWN CALAHAN                 )
                                   )
                 DEBTOR(S)         )


                  LIST OF UNCLAIMED FUNDS AND ENTITIES
                      WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
QUIK PAYDAY
41 E 400 N                              $              3.30
STE 327
LOGAN UT
205767            84321


                              /s/ John V. LaBarge, Jr.
                              ------------------------------------
DATE: September 30, 2010      JOHN V. LABARGE, JR.,
                              CHAPTER 13 TRUSTEE
                              P.O. Box 430908
                              St. Louis, MO 63143
BG -091                       (314) 781-8100   trust33@ch13stl.com
```